1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU  (CABN 218225)
   Assistant United States Attorney
6      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
7      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
8      E-Mail: Tarek.J.Helou@usdoj.gov

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )    No. CR 09-102 VRW
                                       )
14          Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                       )    ORDER RESCHEDULING DATE FOR
15                                     )    TRIAL SETTING OR CHANGE OF PLEA
       v.                              )    AND EXCLUDING TIME FROM
16                                     )    DECEMBER 10, 2009 THROUGH
                                       )    JANUARY 21, 2010
17 ROMMELL BORJAS-ALFARO,              )
     a/k/a "Shorty"                    )    Current Date:   December 10, 2009
18                                     )    Current Time:   2:00 p.m.
                                       )
19          Defendant.                 )    Proposed Date:  January 21, 2010
                                       )    Proposed Time:  2:00 p.m.
20 _____ )

        The parties are scheduled to appear before the Court on December 10, 2009, for
defendant Rommell Borjas-Alfaro's trial setting or change of plea.  The parties now represent
that they need additional time to discuss a proposed disposition. The United States produced a
significant amount of discovery in this case, and defense counsel needs additional time to review

STIP. EXCL. TIME
CR 09-102 VRW

1  it. The parties request that the Court continue the matter to January 21, 2010 at 2:00 p.m. for
2  trial setting or a change of plea. The parties request that time be excluded under the Speedy Trial
3  Act from December 10, 2009 through January 21, 2010 because defense counsel needs that time
4  to review discovery and to conduct necessary investigation.
5      The parties represent that the requested continuance is the reasonable time necessary for
6  effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree
7  that the ends of justice served by granting such a continuance outweigh the best interests of the
8  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

10  SO STIPULATED:

11                              JOSEPH P. RUSSONIELLO
                                United States Attorney
12

13
    DATED: December 8, 2009         /s/
14                              TAREK J. HELOU
                                Assistant United States Attorney
15

16
    DATED: December 8, 2009         /s/
17                              RITA BOSWORTH
                                Attorney for ROMMELL BORJAS-ALFARO
18

19      Based upon the representation of counsel and for good cause shown, the Court finds that
20  failing to exclude the time from December 10, 2009 through January 21, 2010 would
21  unreasonably deny the defendant and defense counsel the reasonable time necessary for effective
22  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
23  The Court further finds that the ends of justice served by excluding the time from December 10,
24  2009 through January 21, 2010 from computation under the Speedy Trial Act outweigh the best
25  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
26      Therefore, IT IS HEREBY ORDERED that the time between from December 10, 2009
27  through January 21, 2010 shall be excluded from computation under the Speedy Trial Act. 18
28

STIP. EXCL. TIME
CR 09-102 VRW                       -2-

U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY FURTHER ORDERED that the trial setting or change of plea hearing scheduled for defendant Rommell Borjas-Alfaro on December 10, 2009 at 2:00 p.m. is vacated and rescheduled for a trial setting or change of plea hearing on January 10, 2010 at 2:00 p.m. This Order shall not affect the status conference hearing for Defendant Teniah Tercero, which is set for December 10, 2009 at 2:00 p.m. and will occur that day.

DATED: 12/18/2009



THE HON. VAUGHN R. WALKER
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker