1  RJOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU  (CABN 218225)
   Assistant United States Attorney
6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: Tarek.J.Helou@usdoj.gov

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-102 VRW | |
| ) | | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] | |
| ) | ORDER RESCHEDULING DATE FOR | |
| ) | TRIAL SETTING OR CHANGE OF PLEA | |
| v. ) | AND EXCLUDING TIME FROM APRIL | |
| ) | 8, 2010 THROUGH JUNE 24, 2010 | |
| ) | | |
| ROMMELL BORJAS-ALFARO, ) | Current Date: | April 8, 2010 |
| a/k/a "Shorty" ) | Current Time: | 2:00 p.m. |
| ) | | |
| ) | Proposed Date: | June 24, 2010 |
| Defendant. ) | Proposed Time: | 2:00 p.m. |
| _____) | | |

1    The parties are scheduled to appear before the Court on April 8, 2010, for defendant Rommell Borjas-Alfaro's trial setting or change of plea. The parties now represent that they need additional time to discuss a proposed disposition. The United States produced a significant amount of discovery in this case, and defense counsel needs additional time to review it. The parties request that the Court continue the matter to June 24, 2010 at 2:00 p.m. for trial setting or a change of plea. The parties request that time be excluded under the Speedy Trial Act from April 8, 2010 through June 24, 2010 because defense counsel needs that time to review discovery and to conduct necessary investigation.

The parties represent that the requested continuance is the reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO  
United States Attorney

DATED: April 5, 2010         /s/  
TAREK J. HELOU  
Assistant United States Attorney

DATED: April 5, 2010         /s/  
RITA BOSWORTH  
Attorney for ROMMELL BORJAS-ALFARO

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from April 8, 2010 through June 24, 2010 would unreasonably deny the defendant and defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 8, 2010 through June 24, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and

1  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2       Therefore, IT IS HEREBY ORDERED that the time between from April 8, 2010 through

3  June 24, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

4  3161(h)(7)(A) and (B)(iv).

5       IT IS HEREBY FURTHER ORDERED that the trial setting or change of plea hearing

6  scheduled for defendant Rommell Borjas-Alfaro on April 8, 2010 at 2:00 p.m. is vacated and

7  rescheduled for a trial setting or change of plea hearing on June 24, 2010 at 2:00 p.m.

9  DATED: __April 6, 2010_____    THE HON. VAUGHN R. WALKER
                                    United States District Judge