1   BARRY J. PORTMAN
    Federal Public Defender
2   RITA BOSWORTH
    Assistant Federal Public Defenders
3   450 Golden Gate Avenue
    19th Floor Federal Building–Box 36106
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant ROMMELL BORJAS-ALFARO
6

7                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )    No. CR-09-102 VRW
11                                     )
                         Plaintiff,    )    STIPULATION AND [PROPOSED]
12                                     )    ORDER RESCHEDULING DATE FOR
    vs.                                )    TRIAL SETTING OR CHANGE OF
13                                     )    PLEA AND EXCLUDING TIME FROM
                                       )    JUNE 24, 2010, TO AUGUST 12, 2010
14  ROMMELL BORJAS-ALFARO              )
                                       )    Current Date: June 24, 2010, at 2:00 p.m.
15                       Defendants.   )    Proposed Date: August 12, 2010, at 2:00 p.m.
                                       )
16  _____

17
           1.     The parties are scheduled to appear before the Court on June 24, 2010, for
18
    defendant Rommell Borjas-Alfaro's trial setting or change of plea.  The parties now represent
19
    that they need additional time to discuss a proposed disposition.  The United States produced a
20
    significant amount of discovery in this case, and defense counsel needs additional time to review
21
    it.  The parties request that the Court continue the matter to August 12, 2010, at 2:00 p.m. for
22
    trial setting or change of plea.  The parties request that the time be excluded under the Speedy
23
    Trial Act from June 24, 2010, to August 12, 2010, because defense counsel needs that time to
24
    review discovery and conduct necessary investigation.
25
           2.     The parties represent that the requested continuance is the reasonable time
26

1    necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).  The

2    parties also agree that the ends of justice served by granting such a continuance outweigh the best

3    interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

4

5         IT IS SO STIPULATED.

6         6/23/10                                    /s/

7    _____            _____
          DATED                            TAREK HELOU
8                                          Assistant United States Attorney

9

10        6/23/10                                    /s/

11   _____            _____
          DATED                            RITA BOSWORTH
12                                         Counsel for Mr. Borjas

13

14        Based upon the representation of counsel and for good cause shown, the Court finds that

     failing to exclude the time from June 24, 2010 through August 12, 2010 would unreasonably
15
     deny the defendant and defense counsel the reasonable time necessary for effective preparation,
16
     taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court
17
     further finds that the ends of justice served by excluding the time from June 24, 2010 through
18
     August 12, 2010 from computation under the Speedy Trial Act outweigh the best interests of the
19
     public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
20
          IT IS HEREBY ORDERED that the current court date of June 24, 2010, in this case is
21
     vacated and the next hearing shall be set on August 12, 2010, at 2:00 p.m.
22
          IT IS FURTHER ORDERED that the time between from June 24, 2010 through August
23
     12, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §
24
     3161(h)(7)(A) and (B)(iv).
25

26

IT IS SO ORDERED.


June 23, 2010
DATED

Judge Vaughn R Walker

VAUGHN R WALKER
Chief United States District Judge