1  BARRY J. PORTMAN
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defenders
3  450 Golden Gate Avenue
   19th Floor Federal Building–Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROMMELL BORJAS-ALFARO
6

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )   No. CR-09-102 VRW
11                                     )
                 Plaintiff,            )   **STIPULATION AND [PROPOSED]**
12                                     )   **ORDER RESCHEDULING DATE FOR**
   vs.                                 )   **TRIAL SETTING OR CHANGE OF**
13                                     )   **PLEA AND EXCLUDING TIME FROM**
                                       )   **AUGUST 12, 2010 TO OCTOBER 28, 2010**
14 ROMMELL BORJAS-ALFARO               )
                                       )   Current Date: August 12, 2010, at 2:00 p.m.
15               Defendants.           )   Proposed Date: October 28, 2010, at 2:00 p.m.
   _____)
16

17
         1.      The parties are scheduled to appear before the Court on August 12, 2010, for
18
   defendant Rommell Borjas-Alfaro's trial setting or change of plea.  The parties now represent
19
   that they need additional time to discuss a proposed disposition.  The United States produced a
20
   significant amount of discovery in this case, and defense counsel needs additional time to review
21
   it. The parties request that the Court continue the matter to October 28, 2010, at 2:00 p.m. for
22
   trial setting or change of plea.  The parties request that the time be excluded under the Speedy
23
   Trial Act from August 12, 2010, to October 28, 2010, because defense counsel needs that time to
24
   review discovery and conduct necessary investigation.
25
         2.      The parties represent that the requested continuance is the reasonable time
26

   Stip. & [Proposed] Order to Continue Hearing;
   CR 09-102 VRW                              1

1  necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).  The

2  parties also agree that the ends of justice served by granting such a continuance outweigh the best

3  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5       IT IS SO STIPULATED.

6       8/11/10                                        /s/

7  _____        _____
         DATED                          TAREK HELOU
8                                        Assistant United States Attorney

10      8/11/10                                        /s/

11 _____        _____
         DATED                          RITA BOSWORTH
                                         Counsel for Mr. Borjas

14      Based upon the representation of counsel and for good cause shown, the Court finds that

15 failing to exclude the time from August 12, 2010, through October 28, 2010, would unreasonably

16 deny the defendant and defense counsel the reasonable time necessary for effective preparation,

17 taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court

18 further finds that the ends of justice served by excluding the time from June 24, 2010 through

19 August 12, 2010 from computation under the Speedy Trial Act outweigh the best interests of the

20 public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

21      IT IS HEREBY ORDERED that the current court date of August 12, 2010, in this case is

22 vacated and the next hearing shall be set on October 28, 2010, at 2:00 p.m.

23      IT IS FURTHER ORDERED that the time between August 12, 2010, to October 28,

24 2010, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

25 3161(h)(7)(A) and (B)(iv).

1

IT IS SO ORDERED.

2

3

August 11, 2010
4    DATED

VAUGHN WALKER
Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26