MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU  (CABN 218225)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ROMMELL BORJAS-ALFARO,<br><br>   Defendant. | No. CR 09-102 VRW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CHANGING STATUS CONFERENCE DATE AND EXCLUDING TIME FROM OCTOBER 7, 2010 THROUGH NOVEMBER 17, 2010<br><br>Current date:   Oct. 7, 2010<br>Proposed date:  Nov. 17, 2010 |

Defendant Rommell Borjas-Alfaro, represented by Rita Bosworth, and the government are currently scheduled to appear before the Court for a status conference in the above-captioned case on October 7, 2010.

Counsel for both parties request additional time to finalize a plea agreement. The parties jointly request that the Court continue the status conference from October 7, 2010 until November 17, 2010 and exclude time under the speedy trial act from October 7, 2010 through November 17, 2010.

The parties represent that the requested continuance is the reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the

STIP. & [PROP.} ORDER EXCL. TIME
Case No. CR 09-102

1 ends of justice served by granting such a continuance outweigh the best interests of the public
2 and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4 SO STIPULATED:

5                                MELINDA HAAG
                               United States Attorney

7 DATED: October 6, 2010              /s/
                               TAREK J. HELOU
                               Assistant United States Attorney

10 DATED: October 6, 2010              /s/
                               RITA BOSWORTH
                               Attorney for ROMMELL BORJAS-ALFARO

13     Based upon the representation of counsel and for good cause shown, the Court finds that
14 failing to exclude the time from October 7, 2010 through November 17, 2010 would
15 unreasonably deny the parties effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).
16 The Court further finds that the ends of justice served by excluding the time from October 7,
17 2010 through November 17, 2010 from computation under the Speedy Trial Act outweigh the
18 best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY
19 ORDERED that the time from October 7, 2010 through November 17, 2010 shall be excluded
20 from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). IT IS
21 HEREBY FURTHER ORDERED THAT the status conference set for October 7, 2010 will be
22 held on November 17, 2010.

25 DATED: 10/7/2010                                                       
                                                   HON. VAUGHN R. WALKER
                                                   Chief United States District Judge