MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-102 VRW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CHANGING STATUS CONFERENCE DATE AND EXCLUDING TIME FROM NOVEMBER 17, 2010 THROUGH DECEMBER 9, 2010 |
| v. | ) | |
| ROMMELL BORJAS-ALFARO, | ) | |
| Defendant. | ) | |

Defendant Rommell Borjas-Alfaro, represented by Rita Bosworth, and the government appeared before the Court for a status conference in this case on November 17, 2010.

The parties informed the Court that they are continuing to discuss a plea agreement and requested additional time to finalize the terms of a plea agreement. The parties requested that the Court set the case for change of plea on December 9, 2010. The defendant asked the Court to exclude time under the Speedy Trial Act from November 17, 2010 through December 9, 2010. The government stated that it had no objection to that exclusion of time.

//

1    The parties represent that the requested continuance is the reasonable time necessary for
2 effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the
3 ends of justice served by granting such a continuance outweigh the best interests of the public
4 and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6 SO STIPULATED:

7                                                        MELINDA HAAG
                                                         United States Attorney
8

9
  DATED: November 22, 2010                    _____/s/_____
10                                                       TAREK J. HELOU
                                                         Assistant United States Attorney
11

12
  DATED: November 22, 2010                    _____/s/_____
13                                                       RITA BOSWORTH
                                                         Attorney for ROMMELL BORJAS-ALFARO
14

15   Based upon the representation of counsel and for good cause shown, the Court finds that
16 failing to exclude the time from  November 17, 2010 through December 9, 2010 would
17 unreasonably deny the parties effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).
18 The Court further finds that the ends of justice served by excluding the time from November 17,
19 2010 through December 9, 2010 from computation under the Speedy Trial Act outweigh the best
20 interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED
21 that the time from November 17, 2010 through December 9, 2010 shall be excluded from
22 computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

25 DATED: __11/29/2010_____          _____
26                                                        HONORABLE VAUGHN R. WALKER
                                                          Chief United States District Judge

STIP. & [PROP.} ORDER EXCL. TIME
Case No. CR 09-102                           -2-